# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131879(80)

MARY MULLINS, Personal
Representative of the Estate of
Nina F. Mullins, Deceased,
        Plaintiff-Appellant,

v

ST. JOSEPH MERCY HOSPITAL,
d/b/a ST. JOSEPH MERCY
HEALTH SYSTEM, JASON
WHITE, M.D., RAFAEL J.
GROSSMAN, M.D., and
KIMBERLY STEWART, M.D.,
        Defendants-Appellees

and

JAMES R. BENGSTON, and
WALTER WHITEHOUSE, M.D.,
        Defendants.

_____

SC: 131879
COA: 263210
Washtenaw CC: 03-000812-NH

        On order of the Chief Justice, the motion by the Michigan Trial Lawyers Association for leave to filed a brief *amicus curiae* is considered and it is GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

Clerk